# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00666-CV

---

**T. Y., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-FM-23-002244,
THE HONORABLE AURORA MARTINEZ-JONES, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

T.Y. (Mother) appeals from the trial court's final order terminating her parental rights to her child, T.H.  *See* Tex. Fam. Code § 161.001.  After a bench trial, the court found by clear and convincing evidence that statutory grounds for terminating her parental rights existed and that termination of those rights was in the child's best interest.  *See id.* § 161.001(b)(1)(K), & (2), .103.

Mother's court-appointed attorney has filed an *Anders* brief, concluding that the appeal is frivolous and without merit, along with a motion to withdraw.  *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re P.M.*, 520 S.W.3d 24, 27 & n.10 (Tex. 2016) (per curiam) (approving use of *Anders* procedure in appeals from terminations of parental rights). The brief meets the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced on appeal.  *See* 386 U.S. at 744; *Taylor v. Texas Dep't of Protective & Regul. Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—

Austin 2005, pet. denied). Mother's attorney has certified to this Court that she has provided Mother with a copy of the *Anders* brief and the motion to withdraw and has advised her of her rights to examine the appellate record and to file a pro se brief. The Department of Family and Protective Services filed a response stating that it will not file a brief unless requested by this Court or after reviewing any pro se response, and to date, Mother has not filed a pro se brief.

Upon receiving an *Anders* brief, we must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988); *Taylor*, 160 S.W.3d at 647. We have conducted an independent review of the entire record, including the *Anders* brief submitted on Mother's behalf and have found nothing in the record that might arguably support an appeal. We specifically reviewed the trial court's findings as to Mother under subsection (E) and have found no nonfrivolous issues that could be raised on appeal with respect to that finding. *See In re N.G.*, 577 S.W.3d 230, 237 (Tex. 2019) (per curiam). We agree the appeal is frivolous and without merit and therefore affirm the trial court's order terminating Mother's parental rights.

As for the motion to withdraw, the Supreme Court of Texas has held that the right to counsel in suits seeking the termination of parental rights extends to all proceedings in that court, including the filing of a petition for review. *P.M.*, 520 S.W.3d at 27. Accordingly, counsel's obligation to Mother has not yet been discharged. *See id.* If after consulting with counsel Mother desires to file a petition for review, her attorney should timely file "a petition for review that satisfies the standards for an *Anders* brief." *See id.* at 27-28. Counsel's motion to withdraw is denied.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Affirmed

Filed:   February 21, 2025